United States District Court
Southern District of New York

| | | |
|---|---|---|
| LUIGI GIROTTO,<br><br>                          Plaintiff,<br><br>       - against -<br><br>G CHEW LLC, a New York limited<br>liability company, d/b/a CICCIO, and<br>SIXTH REALTY ASSOCIATES, LLC,<br>a New York limited liability company,<br><br>                          Defendants. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Civil Action<br>No.  1:19-cv-02374-LGS |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
SIXTH REALTY ASSOCIATES, LLC

Pursuant to Federal Rules of Civil Procedure 7.1 and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant SIXTH REALTY ASSOCIATES, LLC hereby certifies that: (1) There is no parent company of SIXTH REALTY ASSOCIATES, LLC ; (2) That SIXTH REALTY ASSOCIATES, LLC  is a privately held Limited Liability Company; and (3) that there is no publicly held corporation that directly owns more than ten percent of SIXTH REALTY ASSOCIATES, LLC.

Dated: April 29, 2019
        New York  NY

                                        Respectfully submitted
                                          /s/ Doreen J. Fischman
                                        Doreen J. Fischman, Esq. (2632)
                                        Fischman & Fischman
                                        Attorneys for Defendant SIXTH
                                        REALTY ASSOCIATES, LLC
                                        305 Broadway STE 201
                                        New York  NY   10007
                                        (212) 274-0555
                                        doreen.fischman@verizon.net